MCGREGOR W. SCOTT
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:17-MC-00179-TLN-KJN |
|---|---|
| Plaintiff, | |
| v. | STIPULATION AND ORDER EXTENDING TIME FOR FILING A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE |
| APPROXIMATELY $10,000.00 IN U.S. CURRENCY, | |
| Defendant. | |

It is hereby stipulated by and between the United States of America and potential claimant Robert E. Huff ("Huff"), by and through their respective counsel, as follows:

1. On or about August 23, 2017, claimant Huff filed a claim in the administrative forfeiture proceedings with the United States Postal Inspection Service with respect to the Approximately $10,000.00 in U.S. Currency (hereafter "defendant currency"), which was seized on May 25, 2017.

2. The United States Postal Inspection Service has sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties. The time has expired for any person to file a claim to the defendant currency under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than the claimant has filed a claim to the defendant currency as required by law in the administrative forfeiture proceeding.

3. Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant

1

currency is subject to forfeiture within ninety days after a claim has been filed in the administrative forfeiture proceedings, unless the court extends the deadline for good cause shown or by agreement of the parties. That deadline was November 21, 2017.

4. By Stipulation and Order filed December 6, 2017, the parties stipulated to extend to January 22, 2018, the time in which the United States is required to file a civil complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture.

5. By Stipulation and Order filed January 19, 2018, the parties stipulated to extend to March 23, 2018, the time in which the United States is required to file a civil complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture.

6. By Stipulation and Order filed March 28, 2018, the parties stipulated to extend to May 22, 2018, the time in which the United States is required to file a civil complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture.

7. As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to further extend to July 23, 2018, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

8. Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture shall be extended to July 23, 2018.

///
///
///
///
///
///

| | | |
|---|---|---|
| Dated: 5/21/18 | | MCGREGOR W. SCOTT<br>United States Attorney |
| | | /s/ Kevin C. Khasigian<br>KEVIN C. KHASIGIAN<br>Assistant U.S. Attorney |
| Dated: 5/21/18 | | /s/ Stephana L.M. Femino<br>STEPHANA L.M. FEMINO<br>Attorney for potential claimant<br>Robert E. Huff<br>(Authorized via email) |

IT IS SO ORDERED.

Dated: May 30, 2018

_____
Troy L. Nunley
United States District Judge

3

Stipulation to Extend Time to File Complaint